US DISTRICT COURT INDEX SHEET

















SLC

3:99-CR-1781 USA V. ZEPEDA

*1*

*CRCMP*

FILED

MAY 26 1999

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

99 mg 8501

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　Plaintiffs,<br>　　v.<br>Daniel ZEPEDA<br>DOB: 05/14/77<br>Fabian MARTINEZ-Maduena<br>DOB: 03/21/80<br>　　　　　　　Defendants. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952, and 960<br>Importation of a Controlled<br>Substance (Felony) |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about May 24, 1999, within the Southern District of California, defendant Daniel ZEPEDA and Fabian MARTINEZ-Maduena, did knowingly and intentionally import approximately 37.50 pounds of Marijuana, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952, and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Anthony A. Jenkins, Special Agent
U.S. Customs Service

Sworn to before me and subscribed in my presence, May 25, 1999.

_____
JOSEPH SCHMITT
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
2             v.
   **Daniel ZEPEDA**
3  **Fabian MARTINEZ-Maduena**
                  **STATEMENT OF FACTS**
4

5     On May 24, 1999 at approximately 0915 hrs., a 1989
6  Oldsmobile, bearing CA plates, registered to another person and
7  driven by ZEPEDA, attempted to enter the United States at the
8  Calexico, California, West Port of Entry. The inspector assigned
9  to the primary inspection obtained a negative Customs declaration
10 from ZEPEDA. The inspector noticed that ZEPEDA'S hands shook as
11 he handed him the vehicle registration. The vehicle and ZEPEDA
12 [illegible]

13    The Customs inspector at secondary obtained a negative
14 Customs declaration from ZEPEDA. The inspector noticed that
15 ZEPEDA'S hands shook when he presented identification. A narcotic
16 detector dog alerted under the Oldsmobile by scratching on the gas
17 tank. Sixty-one (61) packages containing a green leafy substance
18 were found within the gas tank. The substance field tested
19 positive for THC, the active ingredient in marijuana. The total
20 weight of the packages was approximately [illegible] pounds.

21    ZEPEDA and MARTINEZ were arrested for the importation of
22 narcotics into the United States. ZEPEDA and MARTINEZ were
23 advised of their Miranda rights individually by Special Agent (SA)
24 [illegible], which they acknowledged and invoked. The interviews were
25 terminated.

26    ZEPEDA and MARTINEZ were fingerprinted, photographed, and
27 transported to the Imperial County Jail pending their Initial
28

1. Appearance on May 26, 1999, before the U.S. Magistrate in El
2. Centro, California.